IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KIM BODINE,<br><br>                 Plaintiff,<br><br>vs.<br><br>SALESFORCE.COM, INC., and<br>JOHN and JANE DOES 1-5,<br><br>                 Defendants. | CV 19-4-BU-BMM-JCL<br><br>ORDER |

Defendant Salesforce.com, Inc. moves for the admission of Bradley T. Cave to practice before this Court in this case with Brianne McClafferty to act as local counsel. Mr. Cave's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Salesforce.com's motion to admit Mr. Cave pro hac vice is GRANTED on the condition that Mr. Cave shall do his own work. This means that Mr. Cave must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Cave may move for the admission pro hac vice of one (1)

1

associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Cave.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cave, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 18th day of January, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge