IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KIM BODINE,<br><br>                 Plaintiff,<br><br>vs.<br><br>SALESFORCE.COM, INC., and<br>JOHN and JANE DOES 1-5,<br><br>                 Defendants. | CV 19-4-BU-BMM-KLD<br><br><br>ORDER |

This matter comes before the Court on Plaintiff Kim Bodine's Unopposed Motion for leave to allow additional time to depose Dan Scheel and Tim McCormick beyond the seven (7) hours set forth in Rule 30(d)(1), Fed.R.Civ.P.

Based upon a review of the Motion, and other pleadings filed in this case demonstrating the need for a full and fair examination of both Dan Scheel and Tim McCormick by both parties in this case, and for good cause shown,

IT IS HEREBY ORDERED:

1. Defendant Salesforce.Com, Inc. ("Salesforce") shall have up to seven hours to depose Dan Scheel and up to seven hours to depose Tim McCormick.

2. Plaintiff Kim Bodine shall have up to seven additional hours to cross-examine Dan Scheel and up to seven additional hours to cross-examine Tim

1

McCormick. Ms. Bodine may begin her seven hours of cross-examination on the same day as Salesforce's examination, provided that Salesforce has not utilized its full seven hours, and then carry over her cross-examination into the next day.

3. A Subpoena for attendance at deposition shall be served on Dan Scheel and Tim McCormick respectively with a copy of this Order. The parties may set the depositions for back to back days.

DATED this 20th day of December, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge