IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| KIM BODINE,<br><br>    Plaintiff,<br><br>vs.<br><br>SALESFORCE.COM, INC., and JOHN and JANE DOES 1-5,<br><br>    Defendants. | CV 19-4-BU-BMM-KLD<br><br>**ORDER** |

Plaintiff has filed an unopposed motion for leave to file Exhibits 2 and 4 attached to her Motion to Compel under seal. (Doc. 92.) Plaintiff also requests to file Exhibit 4 by email because it is highly voluminous, is too difficult to print, and cannot be put into pdf. format. Good cause appearing,

IT IS ORDERED Plaintiff's motion is GRANTED. Plaintiff shall file Exhibit 4 by sending the document to kld_propord@mtd.uscourts.gov.

DATED this 18th day of February, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge